**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Beary Good, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Welbeze Juice + Eatery**<br>**FDBA  Fresh Healthy Cafe** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2663903** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1402 French Road**<br>**Depew, NY 14043**<br>Number, Street, City, State & ZIP Code | **1240 Exchange Street**<br>**Alden, NY 14004**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Erie**<br>County | **Location of principal assets, if different from principal place of business**<br>**Erie County**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.welbeze.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Case 1-24-10579-CLB,   Doc 1,   Filed 05/23/24,   Entered 05/23/24 16:17:15,
Description: Main Document , Page 2 of 50

| Debtor | **Beary Good, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | John G. Pasternack | Relationship | **President** |
|---|---|---|---|
| District | **WDNY** | When **3/17/24** | Case number, known | **1-24-10274-CLB** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Beary Good, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Beary Good, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May 20, 2024__
          MM / DD / YYYY

**X** __/s/ John G. Pasternack__           **John G. Pasternack**
     Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** __/s/ Robert B. Gleichenhaus, Esq.__      Date   **May 20, 2024**
     Signature of attorney for debtor                MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone   **(716) 845-6446**      Email address

**4098570 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Beary Good, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2024**    X *Is/ John G. Pasternack*
                       Signature of individual signing on behalf of debtor

                       **John G. Pasternack**
                       Printed name

                       **President**
                       Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Beary Good, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alden State Bank 13216 Broadway Alden, NY 14004** | | **UCC / Article 9 Blanket security interest** | | **$330,000.00** | **$23,845.00** | **$306,155.00** |
| **Amex Po Box 981540 El Paso, TX 79998** | | **Credit** | | | | **$3,337.00** |
| **Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130** | | **Credit** | | | | **$9,976.00** |
| **Elan Financial P.O. Box 790408 Saint Louis, MO 63179** | | **Credit** | | | | **$11,094.00** |
| **Key Bank 4910 Tiedeman Road Cleveland, OH 44144** | | **LOC** | | | | **$24,964.00** |
| **Key Bank 4910 Tiedeman Road Cleveland, OH 44144** | | **UCC / Article 9 Blanket security interest** | | **$19,978.00** | **$0.00** | **$19,978.00** |
| **Key Bank 4910 Tiedeman Road Cleveland, OH 44144** | | **Overdraft line of credit** | | | | **$10,299.00** |
| **Key Bank f/k/a First Niagara 4910 Tiedeman Road Cleveland, OH 44144** | | **Credit** | | | | **$8,436.00** |

| Debtor | **Beary Good, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lending Club Bank Attn: Bankruptcy 595 Market Street, Suite 200 San Francisco, CA 94105** | | **Credit** | | | | **$6,087.00** |
| **NYS Dept. of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300** | | **Tax Warrant** | | **$18,000.00** | **$0.00** | **$18,000.00** |
| **SHERIDEV, LLC 570 Delaware Avenue Buffalo, NE 14202** | | **Lease guarantee** | **Contingent Unliquidated Disputed** | | | **$51,050.00** |
| **Small Business Administration PO Box 3918 Portland, OR 97208** | | **UCC / Article 9 SBA (EIDL) Disaster Recovery loan Blanket security interest** | **Contingent Unliquidated** | **$135,291.00** | **$0.00** | **$135,291.00** |
| **Synchrony/PayPal Attn: Bankruptcy Po Box 965060 Orlando, FL 32896** | | **Credit** | | | | **$4,891.00** |

**Fill in this information to identify the case:**

Debtor name   **Beary Good, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $     **23,845.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................   $     **23,845.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **503,269.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................   +$     **130,134.00**

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b   $     **633,403.00**

**Fill in this information to identify the case:**

Debtor name    **Beary Good, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2.   **Cash on hand** | | | | **$300.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Operating** | **4140** | **$50.00** |
| 3.2. | **KeyBank NSF** | **Operating** | **0333** | **$0.00** |
| 3.3. | **M&T Bank** | **Payroll** | **3551** | **$1,400.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**       | **$1,750.00** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **National Fuel utility deposit**                                                    $170.00

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                               $170.00

        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Food inventory** | | N/A | **Comparable sale** | $3,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**(50) Bottle juice** | | N/A | **Revenue based** | $350.00 |
| 22. | **Other inventory or supplies**<br>**Miscellaneous office supplies, containers, bottles, etc.** | | N/A | **Liquidation** | $2,500.00 |

23.  **Total of Part 5.**                                                                 $5,850.00

        Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value _____ 1,200.00 _____  Valuation method _____  Current Value _____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **28.** Crops-either planted or harvested **Wheatgrass** | **$0.00** | **N/A** | *de minimus* |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**  |  **$0.00**
    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

39. **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **(1) printer**
       **(1) security system**
       **(1) pos system** _____    $0.00    Comparable sale _____    $500.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | $500.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |

**Miscellaneous restaurant equipment, including:**
**Dipperwell 6 1/2 in Diameter**
**(2) Rethermilizer 11 Qt Natural(s)**
**Grill Panini Groove (2)14x9.~**
**Ice Maker W/bin 4 72lb/24hr S**
**Refrig Merchandiser Cntr1**
**Scale Portion Digital**
**Filter Ice Maker up to 1000 L**
**Vegetable Slicer Stainless**
**Tomato Slicer**
**(2) Microwave 120v SS(s)**
**Rapid Rinser Station Unit**
**(3) Freezers**
**(4) Refrigerator(s)**
**Sandwich Unit 30pan 3door**
**Single Airport Brewer**
**Curtis G4 Cgc Single Cup Brewer**
**Airpot**
**Bulk Coffee Grinder**
**Cafe Starter Kit**
**Ranchilio Classe 7 2 Group Espresso & Grinder**
**D8 Pump**
**(3) Q-series Blender Package W/ 2 - 9(s)**
**Ceado Es-700 Fruit & Vegetable Jt**
**Hobart High-temp Dishwasher**
**Juicematic Jm-20 Standard Citrus J**
**Lnfocus In3118hd 3600 Lumens**
**The Norwalk Model 280 Cold Press**
**Zummo Z06c Citric Jucier**
**Nutrifaster Juicer**
**Fs-20 Cold Juicing Press with Grin**
**Fully Modulating Economizer**
**Lnfrico Merchandiser**
**Robot Coupe R2 Dice Food Proces**
**Stai Holnref**
**Waring Ww1 80 Single Belgian Wa**
**Label Maker**
**(2) Panini 14x14 Irons**
**Dishwasher Uc Htr 30rph**
**Vitamix Quick One**
**Wheateena Workhorse Ii Model 30**
**Vacpak-It Vmc1 Oop Chamber Vac**
**Vitamix Drink Machine 2 Speed Ble**
**Double Crepe Maker Machine**
**Big Blue Filter & Carbon Filter**

|  | N/A | Comparable sale | $12,500.00 |
|---|---|---|---|

**Miscellaneous restaurant furnishings, etc., including:**

**Dayton Audio Ma 1240a Multi-zone**
**Lnfrinco Display Cabinet**
**Pro6 Duo - 327? Continuous Refill**
**Duratop 24" Square in Nevada**
**Duratop 28" Round in Nevada**
**Duratop 28" Square in Nevada**
**Double Tier Metal Lockers 12"**
**Hercules Series Natural Wood C**
**Restaurant Table Xbase Stand**
**Simple Elegance Chair**
**Samsung 65" Fs Tv**
**Wooden Dinng Table & Club Chair**
**(2) "leather" sofas**
**Trash Cans**
**Chalk Boards (Menus)**
**Exterior Awning**
**Lnwall / Ceiing Speakers**
**70" 3 Basin Sink**
**Custom Counter System**
**Illuminated Channel & Logo Bullets**

| | N/A | Liquidation | $2,500.00 |
|---|---|---|---|

---

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$15,000.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leased restaurant space:**<br><br>**1402 French Road**<br>**Depew, New York**<br>**14043** | Lessor | | | $0.00 |

---

56.  **Total of Part 9.**

     | | |
     |---|---|
     | | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademark "Welbeze Juice & Eatery" (owned by president)** | | N/A | Unknown |
| | **Juice formula(s) / recipe(s)** | | N/A | Unknown |
| 61. | **Internet domain names and websites** **https://www.welbeze.com/ (owned by president)** | | N/A | Unknown |
| | **www.bearygoodinc.com** | | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **limited goodwill** | | N/A | Unknown |

66.  **Total of Part 10.**

     | | |
     |---|---|
     | | **$0.00** |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor  **Beary Good, Inc.** _____ Case number *(If known)* _____
         Name

■ No
☐ Yes

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | |
|---|---|---|---|
| **Beary Good Foods, Inc. (uncollectible)** | 50,000.00 - | 50,000.00 = | **$0.00** |
| **Credit Card prcoessing reimbrusement** | 575.00 - | 0.00 = | **$575.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | Tax year | |
|---|---|---|
| **Historic Net Operating Losses carry forward(s)** | | **$0.00** |

73. **Interests in insurance policies or annuities**
    **General liability (Allegany)**
    **Workers' Copensation (Hartford)**
    **Disability Insurance (ShelterPoint)**                                    **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                    | **$575.00** |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,750.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $170.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,850.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $575.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,845.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,845.00 |

Case 1-24-10579-CLB,    Doc 1,    Filed 05/23/24,    Entered 05/23/24 16:17:15,
Description: Main Document , Page 18 of 50

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Alden State Bank**
Creditor's Name

**13216 Broadway**
**Alden, NY 14004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC / Article 9**
**Blanket security interest**

Describe the lien
**Line of credit**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Column A:** $330,000.00   **Column B:** $23,845.00

**2.2 Key Bank**
Creditor's Name

**4910 Tiedeman Road**
**Cleveland, OH 44144**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2014**
Last 4 digits of account number
**3721**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**UCC / Article 9**
**Blanket security interest**

Describe the lien
**Line of credit**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Column A:** $19,978.00   **Column B:** $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **No**
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.3 | **NYS Dept. of Taxation & Finance** | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | $18,000.00 | $0.00 |
|---|---|---|

**Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300**

**Tax Warrant**

Creditor's mailing address

**Describe the lien**
**Tax arrears**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | $135,291.00 | $0.00 |
|---|---|---|

**PO Box 3918
Portland, OR 97208**

**UCC / Article 9
SBA (EIDL) Disaster Recovery loan
Blanket security interest**

Creditor's mailing address

**Describe the lien**
**Line of credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2021**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$503,269.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Beary Good, Inc. | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Debtor name **Beary Good, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,337.00 |
|---|---|---|---|

**Amex**
**Po Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **Credit**

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,976.00 |
|---|---|---|---|

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **Credit**

Last 4 digits of account number **5149**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,094.00 |
|---|---|---|---|

**Elan Financial**
**P.O. Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Credit**

Last 4 digits of account number **1078**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,964.00 |
|---|---|---|---|

**Key Bank**
**4910 Tiedeman Road**
**Cleveland, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **LOC**

Last 4 digits of account number **3722**

Is the claim subject to offset? ■ No ☐ Yes

31898

Case 1-24-10579-CLB,   Doc 1,   Filed 05/23/24,   Entered 05/23/24 16:17:15,
Description: Main Document , Page 22 of 50

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,299.00 |
| --- | --- | --- | --- |

**Key Bank**
**4910 Tiedeman Road**
**Cleveland, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023+**

Basis for the claim:  **Overdraft line of credit**

Last 4 digits of account number  **0333**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,436.00 |
| --- | --- | --- | --- |

**Key Bank**
**f/k/a First Niagara**
**4910 Tiedeman Road**
**Cleveland, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Credit**

Last 4 digits of account number  **5632**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,087.00 |
| --- | --- | --- | --- |

**Lending Club Bank**
**Attn: Bankruptcy**
**595 Market Street, Suite 200**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Credit**

Last 4 digits of account number  **9343**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,050.00 |
| --- | --- | --- | --- |

**SHERIDEV, LLC**
**570 Delaware Avenue**
**Buffalo, NE 14202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Lease guarantee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,891.00 |
| --- | --- | --- | --- |

**Synchrony/PayPal**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Credit**

Last 4 digits of account number  **8605**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Benderson Development Company, Inc.**<br>**570 Delaware Ave.**<br>**Buffalo, NY 14202** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Seth L. Hibbert, Esq.**<br>**800 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14203** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

Case 1-24-10579-CLB,    Doc 1,    Filed 05/23/24,    Entered 05/23/24 16:17:15,
Description: Main Document  , Page 23 of 50

Debtor    **Beary Good, Inc.**
          Name                                              Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $           **0.00** |
| **5b. Total claims from Part 2** | 5b.   **+** | $      **130,134.00** |
| **5c. Total of Parts 1 and 2** <br>      Lines 5a + 5b = 5c. | 5c. | $            **130,134.00** |

**Fill in this information to identify the case:**

Debtor name    **Beary Good, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases space at 1402 French Road, Depew, New York 14043** |
| State the term remaining | **2023-2028** |
| List the contract number of any government contract _____ | **Joe Bueme<br>62 Middlesex<br>Buffalo, NY 14202** |

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Beary Good Foods, Inc.** | **1240 Exchange Street** **Alden, NY 14004** | **SHERIDEV, LLC** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.2 | **John Pasternack** | **1240 Exchange Street** **Alden, NY 14004** | **President is guarantor of various** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

# Beary Good. Inc
## Profit & Loss
### January through April 2024

|  | Jan - Apr 24 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 · Sales** | |
|       4010 · POS Sales | 85,709.09 |
|       4015 · Channel Sales | 23,402.56 |
|       4020 · Sales Discounts | -3,225.64 |
|     **Total 4000 · Sales** | 105,886.01 |
|   **Total Income** | 105,886.01 |
|   **Cost of Goods Sold** | |
|     **5000 · Cost of Goods Sold** | |
|       5000.01 · Food Cost | 27,701.19 |
|       5000.04 · Paper & Disposables Cost | 659.45 |
|       5000.10 · Packaging Cost | 367.02 |
|     **Total 5000 · Cost of Goods Sold** | 28,727.66 |
|   **Total COGS** | 28,727.66 |
| **Gross Profit** | 77,158.35 |
|   **Expense** | |
|     **6100 · Selling Expense** | |
|       6122 · Sales Commissions | 4,297.12 |
|       6126 · POS Fee | 717.81 |
|     **Total 6100 · Selling Expense** | 5,014.93 |
|     **6200 · Compensation and Benefits** | |
|       **6000 · Payroll Expenses** | |
|         **6010 · Wages** | |
|           6012 · Hourly Wages | 40,240.09 |
|         **Total 6010 · Wages** | 40,240.09 |
|         **6070 · Payroll Taxes** | |
|           6071 · FICA-SS/MED | 3,078.38 |
|           6072 · FUTA | 194.66 |
|           6073 · NYSUI | 845.07 |
|           6274 · Paychex TPS Taxes | 352.29 |
|           6070 · Payroll Taxes - Other | -25.86 |
|         **Total 6070 · Payroll Taxes** | 4,444.54 |
|       **Total 6000 · Payroll Expenses** | 44,684.63 |
|     **Total 6200 · Compensation and Benefits** | 44,684.63 |
|     **6230 · Training** | 46.98 |
|     **7000 · General & Administrative** | |
|       6050 · Automobile Expense | 406.60 |
|       6160 · Business Licenses & Permits | 147.00 |
|       **7030 · Interest & Fees** | |
|         7015 · Interest Expense | 292.48 |
|         7020 · Bank Fees | 3,759.17 |
|         7023 · Late Fees | 45.12 |
|       **Total 7030 · Interest & Fees** | 4,096.77 |
|       **7040 · Insurance** | |
|         7044 · Worker's Compensation | 833.89 |
|       **Total 7040 · Insurance** | 833.89 |
|       7050 · Postage and Delivery | 7.10 |
|       7060 · Computer Supplies & Software | 126.44 |
|       7070 · Subscriptions Software | 935.33 |

**Beary Good. Inc**
# Profit & Loss
### January through April 2024

|  | Jan - Apr 24 |
| --- | --- |
| **7100 · Legal & Professional Fees** |  |
| 6080 · Payroll Service Expense | 3,454.91 |
| 6124 · Merchant Service Fees | 2,340.43 |
| 7110 · Accounting & Booking | 326.24 |
| **Total 7100 · Legal & Professional Fees** | 6,121.58 |
| **Total 7000 · General & Administrative** | 12,674.71 |
| **7300 · Facilities** |  |
| 6140 · Restaurant Cleaning Supplies | 556.19 |
| 7310 · Rent Expense | 11,559.15 |
| 7320 · Utilities |  |
| 7321 · Gas | 619.39 |
| 7322 · Trash & Recycling | 311.43 |
| 7324 · Electric | 2,462.41 |
| 7325 · Internet & Phones | 1,414.50 |
| 7329 · Fire Alarm Monitoring Service | 322.99 |
| **Total 7320 · Utilities** | 5,130.72 |
| 7340 · Repairs & Maintenance | 30.74 |
| **Total 7300 · Facilities** | 17,276.80 |
| 7400 · Equipment Rental & Repairs | 1,069.00 |
| 7700 · Miscellaneous Expense | 117.47 |
| 9810 · Reconciliation Discrepancies | 299.99 |
| **Total Expense** | 81,184.51 |
| **Net Ordinary Income** | -4,026.16 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| 7500 · Sales Tax Expense | 122.74 |
| 8930 · Reconcile Day Cash Over-Under | 9.51 |
| 9000 · Taxes & Fees |  |
| 9020 · NYS Corporation Tax | 103.30 |
| **Total 9000 · Taxes & Fees** | 103.30 |
| **Total Other Expense** | 235.55 |
| **Net Other Income** | -235.55 |
| **Net Income** | **-4,261.71** |

Case 1-24-10579-CLB,    Doc 1,    Filed 05/23/24,    Entered 05/23/24 16:17:15,
Description: Main Document  , Page 28 of 50

**Fill in this information to identify the case:**

Debtor name    **Beary Good, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other    **Gross receipts** | **$85,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Gross receipts** | **$310,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other    **Gross receipts** | **$278,500.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Sheridev vs. Beary Good, Inc. et al.**<br>**812715/2023** | **Civil** | **NYS Supreme** | □ Pending<br>□ On appeal<br>□ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **2023+** | **$8,263.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**John Pasternack** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| John G. Pasternack<br>1240 Exchange Street<br>Alden, NY 14004 | 402 French Road<br>Depew, NY 14043 | Debtor's principal owns the tradmark & domain affiliated with Welbeze | |
| **Owner's name and address** | **Location of the property** | **Describe the property** | **Value** |
| John G. Pasternack<br>1240 Exchange Street<br>Alden, NY 14004 | 1240 Exchange Street<br>Alden, NY 14004 | Debtor's principal uses his personal home office to do corporate bookkeeping | |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

| Debtor | Beary Good, Inc. | Case number *(if known)* |
|---|---|---|

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **All bookkeeping done by principal** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Only general monitoring by principal** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Pasternack | 1240 Exchange Street Alden, NY 14004 | Sole shareholder and officer | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **John G. Pasternack 1240 Exchange Street Alden, NY 14004** | **$1000/month** | **monthly** | **Salary (dividend distributions)** |
| **Relationship to debtor sole shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2024**

**/s/ John G. Pasternack**                            **John G. Pasternack**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re **Beary Good, Inc.**  Case No. _____

Debtor(s)  Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$8,263.00** |
| Prior to the filing of this statement I have received | $ | **395.00/hour** |
| Balance Due | $ | **TBD** |

2. $ **1,737.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☐ Debtor  ☑ Other (specify): **John Pasternack**

4. The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 20, 2024** _____
*Date*

**/s/ Robert B. Gleichenhaus, Esq.** _____
**Robert B. Gleichenhaus, Esq.**
*Signature of Attorney*
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446  Fax: (716) 845-6475**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of New York

In re  **Beary Good, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John G. Pasternack**<br>**1240 Exchange Street**<br>**Alden, NY 14004** | **100%** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 20, 2024** _____  Signature  **/s/ John G. Pasternack** _____

**John G. Pasternack**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Western District of New York**

In re    **Beary Good, Inc.** _____    Case No. _____

                                                             Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 20, 2024** _____      **/s/ John G. Pasternack** _____

                                                        **John G. Pasternack/President**

                                                        Signer/Title

Alden State Bank
13216 Broadway
Alden, NY 14004


Amex
Po Box 981540
El Paso, TX 79998


Beary Good Foods, Inc.
1240 Exchange Street
Alden, NY 14004


Benderson Development Company, Inc.
570 Delaware Ave.
Buffalo, NY 14202


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Elan Financial
P.O. Box 790408
Saint Louis, MO 63179


Key Bank
4910 Tiedeman Road
Cleveland, OH 44144


Key Bank
f/k/a First Niagara
4910 Tiedeman Road
Cleveland, OH 44144


Lending Club Bank
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105


NYS Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

```
Seth L. Hibbert, Esq.
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


SHERIDEV, LLC
570 Delaware Avenue
Buffalo, NE 14202


Small Business Administration
PO Box 3918
Portland, OR 97208


Synchrony/PayPal
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
```

# United States Bankruptcy Court
## Western District of New York

In re __**Beary Good, Inc.**__

Debtor(s)

Case No. _____

Chapter __**11**__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Beary Good, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__**May 20, 2024**__

Date

**/s/ Robert B. Gleichenhaus, Esq.**

**Robert B. Gleichenhaus, Esq.**

Signature of Attorney or Litigant

Counsel for __**Beary Good, Inc.**__

**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

**Accrual Basis**

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Sales** | |
| 4010 · POS Sales | 243,160.26 |
| 4015 · Channel Sales | 66,459.17 |
| 4020 · Sales Discounts | -9,416.36 |
| **Total 4000 · Sales** | 300,203.07 |
| **4100 · Other Income** | |
| 4100.10 · Employee Retention Credit | 30,002.18 |
| **Total 4100 · Other Income** | 30,002.18 |
| **Total Income** | 330,205.25 |
| **Cost of Goods Sold** | |
| **5000 · Cost of Goods Sold** | |
| 5000.01 · Food Cost | 98,313.93 |
| 5000.02 · Beverage Cost | 270.98 |
| 5000.04 · Paper & Disposables Cost | 2,809.61 |
| 5000.10 · Packaging Cost | 3,554.85 |
| 5000 · Cost of Goods Sold - Other | 215.90 |
| **Total 5000 · Cost of Goods Sold** | 105,165.27 |
| **Total COGS** | 105,165.27 |
| **Gross Profit** | 225,039.98 |
| **Expense** | |
| Paypal expenses | 0.00 |
| **6100 · Selling Expense** | |
| 6122 · Sales Commissions | 13,050.14 |
| 6126 · POS Fee | 3,096.61 |
| **Total 6100 · Selling Expense** | 16,146.75 |
| **6200 · Compensation and Benefits** | |
| **6000 · Payroll Expenses** | |
| **6010 · Wages** | |
| 6011 · Management Wages | 0.00 |
| 6012 · Hourly Wages | 105,132.61 |
| **Total 6010 · Wages** | 105,132.61 |
| **6070 · Payroll Taxes** | |
| 6071 · FICA-SS/MED | 8,019.84 |
| 6072 · FUTA | 368.27 |
| 6073 · NYSUI | 1,703.67 |
| 6070 · Payroll Taxes - Other | 169.26 |
| **Total 6070 · Payroll Taxes** | 10,261.04 |
| **Total 6000 · Payroll Expenses** | 115,393.65 |
| **Total 6200 · Compensation and Benefits** | 115,393.65 |
| **6240 · Depreciation Expense** | 17,143.24 |
| **7000 · General & Administrative** | |
| 6020 · Office Supplies | 189.80 |
| 6050 · Automobile Expense | 1,582.71 |
| 6160 · Business Licenses & Permits | 100.00 |
| **6300 · Advertising and Promotion** | |
| 6000.02 · TV & Radio | 108.60 |
| 6000.08 · Signage | 1,333.24 |
| **Total 6300 · Advertising and Promotion** | 1,441.84 |

Case 1-24-10579-CLB,   Doc 1,   Filed 05/23/24,   Entered 05/23/24 16:17:15,
Description: Main Document  , Page 43 of 50

# Beary Good. Inc
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **7030 · Interest & Fees** | |
| 7015 · Interest Expense | 23,324.16 |
| 7020 · Bank Fees | 5,071.87 |
| 7023 · Late Fees | 9.11 |
| **Total 7030 · Interest & Fees** | 28,405.14 |
| **7040 · Insurance** | |
| 7042 · General Liability Insurance | 1,051.10 |
| 7044 · Worker's Compensation | 2,729.25 |
| 7046 · Disability Insurance | 529.88 |
| **Total 7040 · Insurance** | 4,310.23 |
| 7050 · Postage and Delivery | 110.42 |
| 7060 · Computer Supplies & Software | 4,118.73 |
| 7070 · Subscriptions Software | 2,571.81 |
| **7100 · Legal & Professional Fees** | |
| 6080 · Payroll Service Expense | 1,004.32 |
| 6124 · Merchant Service Fees | 6,852.37 |
| 7110 · Accounting & Booking | 627.47 |
| 7130 · Legal | 406.00 |
| **Total 7100 · Legal & Professional Fees** | 8,890.16 |
| **Total 7000 · General & Administrative** | 51,720.84 |
| **7080 · Bad Debts Expense** | 50,752.25 |
| **7300 · Facilities** | |
| 6140 · Restaurant Cleaning Supplies | 547.51 |
| 7310 · Rent Expense | 30,172.93 |
| **7320 · Utilities** | |
| 7321 · Gas | 1,022.55 |
| 7322 · Trash & Recycling | 2,194.67 |
| 7324 · Electric | 7,407.65 |
| 7325 · Internet & Phones | 4,622.79 |
| 7327 · Water | 1,148.57 |
| **Total 7320 · Utilities** | 16,396.23 |
| 7340 · Repairs & Maintenance | 1,499.66 |
| **Total 7300 · Facilities** | 48,616.33 |
| 7400 · Equipment Rental & Repairs | 403.44 |
| 7700 · Miscellaneous Expense | 1,409.22 |
| 9810 · Reconciliation Discrepancies | -24,137.78 |
| **Total Expense** | 277,447.94 |
| **Net Ordinary Income** | -52,407.96 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 7500 · Sales Tax Expense | 75.84 |
| 8930 · Reconcile Day Cash Over-Under | 370.96 |
| 9000 · Taxes & Fees | 50.00 |
| **Total Other Expense** | 496.80 |
| **Net Other Income** | -496.80 |
| **Net Income** | -52,904.76 |

Case 1-24-10579-CLB,   Doc 1,   Filed 05/23/24,   Entered 05/23/24 16:17:15,
Description: Main Document  , Page 44 of 50

| Form **1120** | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20 _____ <br> Go to *www.irs.gov/Form1120* for instructions and the latest information. | | **2023** |

**A Check if:**

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: **Beary Good Inc**
Number, street, and room or suite no. If a P.O. box, see instructions.
**1240 Exchange Street**
City or town, state or province, country, and ZIP or foreign postal code
**Alden** **NY 14004**

**B Employer identification number**
\_\_-\_\_\_3903
**C Date incorporated**
12/04/2014
**D Total assets** (see instructions)
$ 131,431

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** Gross receipts or sales | **1a** | 309,619 | |
| | **b** Returns and allowances | **1b** | 0 | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 309,619 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 107,728 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 201,891 |
| | **4** Dividends and inclusions (Schedule C, line 23) | | **4** | |
| | **5** Interest | | **5** | 0 |
| | **6** Gross rents | | **6** | 0 |
| | **7** Gross royalties | | **7** | 0 |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **9** | |
| | **10** Other income (see instructions—attach statement) Other Income Statement | | **10** | 48,517 |
| | **11** **Total income.** Add lines 3 through 10 | | **11** | 250,408 |
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (see instructions—attach Form 1125-E) | | **12** | 1,967 |
| | **13** Salaries and wages (less employment credits) | | **13** | 103,166 |
| | **14** Repairs and maintenance | | **14** | 2,047 |
| | **15** Bad debts | | **15** | 50,752 |
| | **16** Rents | | **16** | 30,576 |
| | **17** Taxes and licenses | | **17** | 10,361 |
| | **18** Interest (see instructions) | | **18** | 23,324 |
| | **19** Charitable contributions | | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **20** | 14,171 |
| | **21** Depletion | | **21** | |
| | **22** Advertising | | **22** | 1,333 |
| | **23** Pension, profit-sharing, etc., plans | | **23** | 0 |
| | **24** Employee benefit programs | | **24** | 0 |
| | **25** Energy efficient commercial buildings deduction (attach Form 7205) | | **25** | |
| | **26** Other deductions (attach statement) Other Deductions Statement | | **26** | 69,591 |
| | **27** **Total deductions.** Add lines 12 through 26 | | **27** | 307,288 |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | **28** | -56,880 |
| | **29a** Net operating loss deduction (see instructions) | **29a** | | |
| | **b** Special deductions (Schedule C, line 24) | **29b** | | |
| | **c** Add lines 29a and 29b | | **29c** | |
| **Tax, Refundable Credits, and Payments** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions | | **30** | -56,880 |
| | **31** Total tax (Schedule J, Part I, line 11) | | **31** | 0 |
| | **32** Reserved for future use | | **32** | |
| | **33** Total payments and credits (Schedule J, Part II, line 23) | | **33** | |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | | **34** | |
| | **35** Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | **35** | |
| | **36** Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | **36** | 0 |
| | **37** Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date 04/30/2024 Title President

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name **Self-Prepared**
Firm's address

Firm's EIN
Phone no.

For Paperwork Reduction Act Notice, see separate instructions. REV 04/13/24 TTBIZ

BAA

Form **1120** (2023)

## Schedule C — Dividends, Inclusions, and Special Deductions (see instructions)

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Case 1-24-10579-CLB,    Doc 1,    Filed 05/23/24,    Entered 05/23/24 16:17:15,    Description: Main Document  , Page 46 of 50

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . . | **1** | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626). | **3** | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . . . . . . . . . | **4** | 0 |

| | | | | |
|---|---|---|---|---|
| 5a | Foreign tax credit (attach Form 1118) . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . | **5b** | | |
| c | General business credit (see instructions—attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . | | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . | | **8** | |

| | | | | |
|---|---|---|---|---|
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) . . . . . | **9f** | | |
| g | Interest/tax due under section 453(l) . . . . . . | **9g** | | |
| z | Other (see instructions—attach statement) . . . | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z . . . . . . . . . . . . . . . . . . | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . | | **11** | 0 |

**Part II—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | | **12** | |
| 13 | Preceding year's overpayment credited to the current year . . . . . . . . . . | | **13** | |
| 14 | Current year's estimated tax payments . . . . . . . . . . . . . . . . | | **14** | |
| 15 | Current year's refund applied for on Form 4466 . . . . . . . . . . . . . | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . . | | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . | | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . . | **20b** | | |
| c | Reserved for future use . . . . . . . . . | **20c** | | |
| z | Other (attach statement—see instructions) . . . | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z . . . . . . . . . . . . . . . | | **21** | |
| 22 | Elective payment election amount from Form 3800 . . . . . . . . . . . . . | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . | | **23** | |

| **Schedule K** | **Other Information** (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity code no. 722513 | | |
| **b** | Business activity Retail Sales | | |
| **c** | Product or service Food & Beverage | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . | | × |
| | If "Yes," enter name and EIN of the parent corporation | | |
| **4** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . | | × |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | × | |
| **5** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | × |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | × |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . | | × |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | | × |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned _____ and **(b)** Owner's country _____ | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during this tax year $ 0 . | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) 1 | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ 492,446 . | | |

Case 1-24-10579-CLB, Doc 1, Filed 05/23/24, Entered 05/23/24 16:17:15, Description: Main Document , Page 48 of 50

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year  $ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions  .  .  .  . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments that would require it to file Form(s) 1099?  .  .  .  .  .  .  .  .  . | | × |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | × |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | × |
| **18** | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | × |
| **19** | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?  .  .  .  .  .  . | | × |
| **20** | Is the corporation operating on a cooperative basis?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| **21** | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | × |
| | If "Yes," enter the total amount of the disallowed deductions $ | | |
| **22** | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | × |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | × |
| **24** | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions  .  .  . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," enter amount from Form 8996, line 15  .  .  .  .  .  .  .  . $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | Percentage: By Vote                                    By Value | | |
| **27** | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions  . | | × |
| **28** | Is the corporation a member of a controlled group?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| **29** | Corporate Alternative Minimum Tax: | | |
| **a** | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year?  .  .  .  .  .  .  .  . | | × |
| | If "Yes," go to question 29b. If "No," skip  to question 29c. | | |
| **b** | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | × |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| **c** | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions | | × |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| **30** | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)?  .  .  .  . | | × |
| **b** | Under the applicable foreign corporation rules?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| **c** | Under the covered surrogate foreign corporation rules? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **31** | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "**Yes**," attach a statement. See instructions. | | |

REV 04/19/24 TTBIZ                                                                                       Form **1120** (2023)

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 784. | | 1,248. |
| 2a Trade notes and accounts receivable | 116. | | 2,000. | |
| b Less allowance for bad debts | ( 0. ) | 116. | ( 0. ) | 2,000. |
| 3 Inventories | | 7,172. | | 3,717. |
| 4 U.S. government obligations | | 0. | | 0. |
| 5 Tax-exempt securities (see instructions) | | 0. | | 0. |
| 6 Other current assets (attach statement) | | 61,876. | | 43,860. |
| 7 Loans to shareholders | | 0. | | 0. |
| 8 Mortgage and real estate loans | | 0. | | 0. |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 335,688. | | 335,688. | |
| b Less accumulated depreciation | ( 246,750. ) | 88,938. | ( 260,921. ) | 74,767. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 0. | | 0. |
| 13a Intangible assets (amortizable only) | 44,888. | | 44,888. | |
| b Less accumulated amortization | ( 35,936. ) | 8,952. | ( 39,049. ) | 5,839. |
| 14 Other assets (attach statement) | | 0. | | |
| 15 Total assets | | 167,838. | | 131,431. |

### Liabilities and Shareholders' Equity

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 16 Accounts payable | | 61,836. | | 30,517. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | 317,375. | | 268,836. |
| 19 Loans from shareholders | | 11,590. | | 12,856. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | 228,763. | | 228,763. |
| 22 Capital stock: a Preferred stock | 0. | | | |
| b Common stock | 135,000. | 135,000. | 135,000. | 135,000. |
| 23 Additional paid-in capital | | 27,243. | | 27,243. |
| 24 Retained earnings—Appropriated (attach statement) | | -454,289. | | -355,224. |
| 25 Retained earnings—Unappropriated | | -159,680. | | -216,560. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( 0. ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 167,838. | | 131,431. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| 1 Net income (loss) per books | -56,880. | | 7 Income recorded on books this year not included on this return (itemize): | |
|---|---|---|---|---|
| 2 Federal income tax per books | 0. | | Tax-exempt interest $ 0. | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | 0. |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | 8 Deductions on this return not charged against book income this year (itemize): | |
| a Depreciation . . . $ | | | a Depreciation . . . $ | |
| b Charitable contributions . $ | | | b Charitable contributions $ | |
| c Travel and entertainment . $ 0. | | | | |
| | | | 9 Add lines 7 and 8 | 0. |
| 6 Add lines 1 through 5 | -56,880. | | 10 Income (page 1, line 28)—line 6 less line 9 | -56,880. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| 1 Balance at beginning of year | -159,680. | | 5 Distributions: a Cash | |
|---|---|---|---|---|
| 2 Net income (loss) per books | -56,880. | | b Stock | |
| 3 Other increases (itemize): _____ | | | c Property | |
| | | | 6 Other decreases (itemize): _____ | |
| | | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | -216,560. | | 8 Balance at end of year (line 4 less line 7) | -216,560. |