UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

    Beary Good, Inc.,

        Debtor.

Chapter 11 - Sub-chapter V

Tax I.D. No. 46-2663903

Case No.: 1-24-10579-CLB

Assigned Judge: Carl L. Bucki

## AFFIRMATION OF SERVICE

    The undersigned, Michael A. Weishaar hereby affirm under penalty of perjury, that deponent is not a party to this action and is over eighteen years of age; that on the __30th__ day of May, 2024 deponent served copies of the *ex-parte* Application for an Order (Bankruptcy Rule 9006 and 9007) Shortening and Limiting Notice and Scheduling an Expedited Hearing for Debtor's Request for Interim Authority to Use Cash Collateral, dated May 30, 2024, upon the persons listed below / by:

to:    Hon. Carl L. Bucki                                 *via* email
        United States Bankruptcy Court
        Western District of New York
        Robert H. Jackson U.S. Courthouse
        2 Niagara Square
        Buffalo, NY 14202

        Office of The United States Trustee         *via* email
        300 Pearl Street, Suite 401
        Buffalo, New York 14202

        Michael Brummer                                     *via* email
        168 Farber Lane
        Williamsville, NY 14221

        Key Bank                                               *via* email BK_Specialists@KeyBank.com
        4910 Tiedeman Road
        Cleveland OH 44144-0000

        Small Business Administration            *via* email c/o the US Attorney
        PO Box 3918
        Portland OR 97208-0000

| | |
|---|---|
| NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | *via* email c/o Christopher Moen, Esq. |

and, I caused to be served a courtesy copy of the Motion, to the following:

| | |
|---|---|
| Alden State Bank<br>13216 Broadway<br>Alden NY 14004-0000 | *via* email c/o Peter Muth, Esq. |

DATED:    May 30, 2024

  /s/ Michael A. Weishaar  
Michael A. Weishaar, Esq.